1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHELLE LO (NYBN 4325163)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7180
6  Facsimile:  (415) 436-6748
   Email:  Michelle.Lo@usdoj.gov
7
   Attorneys for Defendants United States Department of Justice
8  and Office of Justice Programs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STATE OF CALIFORNIA, | Case 3:18-cv-00805-JCS |
|---|---|
| Plaintiff, | **CONSENT OR DECLINATION TO ASSIGNMENT TO MAGISTRATE JUDGE JOSEPH C. SPERO** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE and OFFICE OF JUSTICE PROGRAMS, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c), Defendants hereby consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment, and voluntarily waive the right to proceed before a United States District Judge.

DATED: March 16, 2018              Respectfully submitted,

                                   ALEX G. TSE
                                   Acting United States Attorney

                                    /s/ *Michelle Lo*
                                   MICHELLE LO
                                   Assistant United States Attorney

CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE
C 18-00805-JCS