ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email: Michelle.Lo@usdoj.gov

Attorneys for Defendants United States Department of Justice
and Office of Justice Programs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and OFFICE OF JUSTICE PROGRAMS,<br><br>Defendants. | Case 3:18-cv-00805-JCS<br><br>**ANSWER** |

Defendants, United States Department of Justice ("DOJ") and DOJ's Office of Justice Programs ("OJP"), hereby respond to the Complaint filed by Plaintiff, the State of California. In response to the paragraphs and sentences of the Complaint, Defendants admit, deny, or otherwise respond as follows:

**INTRODUCTION**[1]

1. This paragraph contains Plaintiff's characterization of this action, to which no response is required. To the extent a response is deemed necessary, Defendants admit that Plaintiff filed this action

[1] Defendants have included the headings listed in the Complaint simply to assist in reading the pleadings and do not admit the accuracy of those headings.

purporting to bring claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and deny the remaining allegations in this paragraph.

2. Defendants admit that by letter dated September 8, 2017, Plaintiff submitted a FOIA request to OJP, and refer to the FOIA request attached as Exhibit A to the Complaint ("Plaintiff's Request") as the best evidence of its contents.

3. As to the first four sentences of this paragraph, Defendants admit that Plaintiff's FOIA request sought information relating to DOJ's FY 2017 State Solicitation for the Edward Byrne Memorial Justice Assistance Grant Program ("FY 2017 State Solicitation"), and refer to Plaintiff's Request and the FY 2017 State Solicitation as the best evidence of their contents. As to the final sentence of this paragraph, Defendants admit that Plaintiff has brought litigation against Defendants in *State of California v. Sessions*, No. 17-cv-4701 (N.D. Cal. filed Aug. 14, 2017).

4. The first two sentences of this paragraph contain conclusions of law to which no response is required. To the extent a response is required, Defendants deny. Defendants admit the final sentence of this paragraph.

5. Defendants are without sufficient information or knowledge at this time to admit or deny the remaining allegations in this paragraph and therefore deny on that basis.

## JURISDICTION AND VENUE

6. The allegations in this paragraph contain conclusions of law concerning jurisdiction to which no response is required. To the extent a response is required, Defendants do not contest the Court's jurisdiction.

7. The allegations in this paragraph contain conclusions of law concerning the scope of relief to which no response is required. To the extent a response is required, Defendants do not contest the availability of declaratory relief where jurisdiction is otherwise established.

8. To the extent the allegations in this paragraph contain conclusions of law, no response is required. To the extent the allegations may be deemed allegations of fact, Defendants admit that Plaintiff has exhausted its administrative remedies as to Plaintiff's Request.

9. The allegations in this paragraph contain conclusions of law concerning venue to which no response is required. To the extent a response is required, Defendants admit that venue is appropriate in this judicial district and in judicial districts as set forth in the FOIA.

**INTRADISTRICT ASSIGMENT**

10. The allegations in this paragraph contain conclusions of law concerning intradistrict assignment to which no response is required. To the extent a response is required, Defendants admit that assignment to the San Francisco Division of this District is proper.

**PARTIES**

11. Admit the Plaintiff brings this action by and through its Attorney General and that Plaintiff is a "person" authorized to request records from a federal agency under the FOIA. Defendants are without sufficient information or knowledge at this time to admit or deny the remaining allegations in this paragraph and, to the extent a response is required, deny on that basis.

12. Admit.

13. Admit.

**STATUTORY FRAMEWORK**

14. This paragraph contains conclusions of law to which no response is required.

15. This paragraph contains conclusions of law to which no response is required.

16. This paragraph contains conclusions of law to which no response is required.

17. This paragraph contains conclusions of law to which no response is required.

18. This paragraph contains conclusions of law to which no response is required.

19. This paragraph contains conclusions of law to which no response is required.

20. This paragraph contains conclusions of law to which no response is required.

21. This paragraph contains conclusions of law to which no response is required.

**ADDITIONAL FACTS**

22. Admit.

23. Admit that OJP sent Plaintiff an email dated September 20, 2017, confirming receipt of Plaintiff's Request, and refer to the email attached as Exhibit B to the Complaint as the best evidence of its contents.

24. Admit that OJP sent Plaintiff an email dated September 20, 2017, containing the quoted language in this paragraph, and refer to the email attached as Exhibit B to the Complaint as the best evidence of its contents.

25. Admit.

26. Admit, and refer to the emails dated October 16, 2017, November 3, 2017, and November 13, 2017 attached as Exhibit C to the Complaint as the best evidence of their contents.

27. Admit. Defendants further aver that OJP produced responsive records on February 28, 2018, and April 2, 2018, and is continuing to process Plaintiff's Request, including conferring with Plaintiff on narrowing the scope of Plaintiff's Request.

28. Admit that OJP extended the 20 working day time period by citing "unusual circumstances." The remaining allegations in this paragraph contain conclusions of law to which no response is required.

29. Admit that the FOIA Public Liaison did not respond to Plaintiff's emails dated October 16, 2017, November 3, 2017, and November 13, 2017. The remaining allegations in this paragraph contain conclusions of law to which no response is required.

30. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, Defendants admit that Plaintiff has exhausted its administrative remedies.

31. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, Defendants aver that OJP has not assessed search fees on Plaintiff.

32. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, deny.

## CLAIMS FOR RELIEF

### Claim One (Failure to Conduct Adequate Search)

33. Defendants reassert and incorporate by reference each and every response to the allegations set forth in Paragraphs 1-32 of this Complaint as fully stated therein.

34. Deny.

35. Deny. Defendants aver that OJP produced responsive records on February 28, 2018, and April 2, 2018, and is continuing to process Plaintiff's Request, including conferring with Plaintiff on narrowing the scope of Plaintiff's Request.

### Claim Two (Failure to Respond to Request Within Statutory Timeframe)

36. Defendants reassert and incorporate by reference each and every response to the allegations set forth in Paragraphs 1-35 of this Complaint as fully stated therein.

37. Deny.

38. Deny. Defendants aver that OJP produced responsive records on February 28, 2018, and April 2, 2018, and is continuing to process Plaintiff's Request, including conferring with Plaintiff on narrowing the scope of Plaintiff's Request.

### Claim Three (Failure to Disclose Non-Exempt Records)

39. Defendants reassert and incorporate by reference each and every response to the allegations set forth in Paragraphs 1-38 of this Complaint as fully stated therein.

40. Deny.

41. Deny.

42. Deny. Defendants aver that OJP produced responsive records on February 28, 2018, and April 2, 2018, and is continuing to process Plaintiff's Request, including conferring with Plaintiff on narrowing the scope of Plaintiff's Request.

### Claim Four (Failure to Provide Reasonably Segregable Portions of Records)

43. Defendants reassert and incorporate by reference each and every response to the allegations set forth in Paragraphs 1-42 of this Complaint as fully stated therein.

44. Deny.

45. Deny. Defendants aver that OJP produced responsive records on February 28, 2018, and April 2, 2018, and is continuing to process Plaintiff's Request, including conferring with Plaintiff on narrowing the scope of Plaintiff's Request.

**PRAYER FOR RELIEF**

The final paragraphs (1)-(6) of the Complaint contain Plaintiff's prayers for relief to which no response is required. To the extent responses may be deemed to be required, Defendants deny the allegations set forth in the final paragraphs (1)-(6), and deny that Plaintiff is entitled to the relief it seeks.

Defendants deny each and every allegation not previously admitted or otherwise qualified.

**FIRST DEFENSE**

OJP has conducted and is conducting adequate searches in response to Plaintiff's Request, has released and will continue to release non-exempt responsive records subject to the FOIA, and has not improperly withheld any records under the FOIA.

**SECOND DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**THIRD DEFENSE**

The Court lacks jurisdiction over any matter as to which Plaintiff failed to satisfy administrative prerequisites to suit, as well as over any requests that are not contained in a FOIA request at issue in this action.

WHEREFORE, having fully answered, Defendants respectfully pray that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants and request such further relief as the Court deems appropriate.

DATED: April 6, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/ *Michelle Lo*
MICHELLE LO
Assistant United States Attorney